IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 22 C 3663 |
| UNDERLAND ARCHITECTURAL SYSTEMS, INC., an Indiana corporation, | ) ) ) ) | JUDGE ANDREA R. WOOD |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, by their attorneys, default having been entered against the Defendant on September 13, 2022 [Dkt. No. 11], request this Court enter judgment against Defendant, UNDERLAND ARCHITECTURAL SYSTEMS, INC., an Indiana corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On September 13, 2022, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period May 2022 through July 2022. The Court also entered an order that judgment would be entered after Plaintiffs' received the required contribution reports and determined the amounts due and owing from Defendant.

2. On October 27, 2022, Plaintiffs filed a motion to set a hearing on a rule to show cause (ECF No. 14), because Defendant had not produced its completed reports for June and July 2022, as previously ordered.

3. On November 3, 2022, Plaintiffs received Defendant's monthly fringe benefit contribution reports and the contributions due thereon for the months of June and July 2022, effectively mooting Plaintiffs' show cause motion. Defendant had previously submitted its fringe benefit contribution reports and the contributions due for the months of February 2022 through May 2022. (See Affidavit of Paul E. Flasch).

4. Due to the late submission of fringe benefit contributions due for February 2022 through July 2022, Defendant owes $1,951.36 for liquidated damages and $894.37 for interest, for a total of $2,845.73. (Flasch Aff. Pars. 4, 5).

5. In addition, Plaintiffs' firm has expended $527.00 for costs and $1,009.00 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $4,381.73.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $4,381.73.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Underland Architectural\#29987\motion for entry of default and judgment.pnr.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that I electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 4th day of November 2022:

        Ms. Amy J. Phillips, Registered Agent/President
        Underland Architectural Systems, Inc.
        20318 Torrence Avenue
        Lynwood, IL    60411-7600

                /s/    Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Underland Architectural\#29987\motion for entry of default and judgment.pnr.df.wpd